# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Blanche M. Manning | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 4495 | **DATE** | August 12, 2008 |
| **CASE TITLE** | *Washington Mutual v. Torres* | | |

**DOCKET ENTRY TEXT:**

The complaint is dismissed as it does not establish that diversity jurisdiction is proper. The plaintiff may file an amended complaint addressing the concerns raised in this order by September 5, 2008. Terminating case.

■[ For further details see text below.]

## STATEMENT

The plaintiff's complaint invokes diversity of citizenship grounds. *See* 28 U.S.C. § 1332. The court has reviewed the jurisdictional allegations in the complaint pursuant to *Wisconsin Knife Works v. National Metal Crafters*, 781 F.2d 1280, 1282 (7th Cir. 1986) ("the first thing a federal judge should do when a complaint is filed is check to see that federal jurisdiction is properly alleged").

In order for the court to have diversity jurisdiction over a case, the complaint must allege that (1) the amount in controversy exceeds $75,000, exclusive of costs and interest and (2) the parties are completely diverse. 28 U.S.C. § 1332. "[T]he citizenship of an LLC for purposes of the diversity jurisdiction is the citizenship of its members." *Cosgrove v. Bartolotta*, 150 F.3d 729, 731 (7th Cir. 1998). Thus, the allegation that defendant 927 Grand Forever II, LLC, is an Illinois LLC with its principal place of business in Illinois is insufficient. In the interests of completeness, the court notes that any amended complaint must provide full citizenship information for each member of the LLC. *See Wild v. Subscription Plus, Inc.*, 292 F.3d 526, 529 (7th Cir. 2002). In addition, allegations of citizenship that are made "upon information and belief" are improper. *See Multi-M Int'l, Inc. v. Paige Med. Supply Co.,* 142 F.R.D. 150, 152 (N.D. Ill. 1992), *citing Bankers Trust Co. v. Old Republic Ins. Co.,* 959 F.2d 677, 683 (7th Cir. 1992).

Accordingly, the complaint is dismissed as it does not properly allege diversity jurisdiction. The plaintiff may file an amended complaint addressing the concerns raised in this order by September 5, 2008.

| | Courtroom Deputy Initials: | RTH/c |
|---|---|---|